JS 45 (01/2008)   REDACTED

# Criminal Case Cover Sheet                                                U.S. District Court

**Place of Offense:**            Under Seal: Yes ___ No _X_    Judge Assigned: _LMB_
City _Alexandria_    Superseding Indictment ___    Criminal Number: _1:11cr162_
County/Parish _Alexandria_    Same Defendant ___    New Defendant ___
                       Magistrate Judge Case Number ___    Arraignment Date: ___
                       Search Warrant Case Number ___
                       R 20/R 40 from District of ___
                       Related Case Name and No: U.S. v. Farkas, 1:10Cr200 - LMB

**Defendant Information:**
Juvenile – Yes ___ No _X_   FBI # ___
Defendant Name: _Sean William Ragland_    Alias Name(s) ___
Address: [REDACTED], San Antonio, TX 78254
Employment: ___
Birth date [REDACTED]73   SS# [REDACTED]-0321  Sex _M_ Def Race _W_   Nationality _USA_   Place of Birth ___
Height ___ Weight ___ Hair ___ Eyes ___ Scars/Tattoos ___
Interpreter: _X_ No ___ Yes  List language and/or dialect: ___   Automobile Description ___

**Location Status:**
Arrest Date ___
___ Already in Federal Custody as of ___ in ___
___ Already in State Custody   ___ On Pretrial Release   _X_ Not in Custody
___ Arrest Warrant Requested   ___ Fugitive   ___ Summons Requested
___ Arrest Warrant Pending     ___ Detention Sought   ___ Bond ___

**Defense Counsel Information:**
Name: _Fred Sinclair_         ___ Court Appointed     Counsel conflicted out: ___
Address: ___                  _X_ Retained
Telephone: _703-299-0600_     ___ Public Defender     Federal Public Defender's Office conflicted out: _Y_

**U.S. Attorney Information:**
AUSA _Paul J. Nathanson_  Telephone No: _703-299-3877_   Bar # ___

**Complainant Agency, Address & Phone Number or Person & Title:**
FBI, 601 4th St. N.W., Washington, DC 20535, 202-278-2000, Scott Turner, Special Agent

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 371 | Conspiracy to commit bank fraud and wire fraud. | 1 | Felony |
| Set 2 | | | | |
| Set 3 | | | | |

(May be continued on reverse)

Date: _March 28, 2011_   Signature of AUSA: _____