**United States v. Sean William Ragland**
**Case No.: 1:11-cr-00162-LMB-1**

## TABLE OF CONTENTS

**Exhibit A -** Letters from Family and Friends
Ragland, Cynthia K............................................................................................................Mother
Shilling, Donn ..................................................................................................................... Father
Regenhardt, Linda D ..............................................................................................................Aunt
Ragland, Gerald F ................................................................................................................Uncle
Shilling, Amy....................................................................................................................... Sister
Ward, Marlo ..........................................................................................................................Wife
Webb, Jennifer ......................................................................................................... Mother-in-Law
Ragland, Edith............................................................................................................. Grandmother
Shilling, Gretchen and Charles .............................................................................. Grandparents
Thomas, Nancy ......................................................................................................................Aunt
Ramachandra, Bryann........................................................................................................ Friend
Ramachandra, Greg............................................................................................................ Friend
Grady, Malik ....................................................................................................................... Friend
Eddy, Daniel Brian............................................................................................................. Friend
Sprague, Samuel ................................................................................................................ Friend
Quirie, Camilla J ................................................................................................................ Friend
Sipes, II, Robert ................................................................................................................. Friend
Ellis, Jeff ............................................................................................................................. Friend
Ward, Michael........................................................................................................ Brother-in-Law
Shilling, Charlie ..................................................................................................................Uncle
Turner, Carin Reppert ........................................................................................................ Friend
Turner, Jonathan Frederick ................................................................................................ Friend
Hairston, Chris ................................................................................................................... Friend
Toney, Derrick ................................................................................................................... Friend
Emery, Sharon.................................................................................................................... Friend
Lynch, Phillip N................................................................................................................. Friend

**Exhibit B –** Filed under seal
**Exhibit C -** USSC, *Measuring Recidivism: The Criminal History Computation of the Federal Sentencing Guidelines* (May 2004)